# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Wilderness Watch vs. Hall, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-3367 **for the following party(s): (please specify)**

Tom Hall and the U.S. Forest Service

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Emily Polachek     s/: Emily Polachek

Firm Name: USDOJ, Environment & Natural Resources Division

Business Address: 5600 American Blvd. W, Suite 650

City/State/Zip: Bloomington, MN 55437

Telephone Number (Area Code): 202-598-9344

Email Address: emily.polachek3@usdoj.gov

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 1/13/26, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: