# NO. 25-3367
## UNITED STATES COURT OF APPEALS
## EIGHTH CIRCUIT

WILDERNESS WATCH,

      Appellant,

v.

TOM HALL, Forest Supervisor of the Superior National Forest; and UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,

      Appellees.

## **MOTION FOR EXTENSION OF TIME**

Appellant Wilderness Watch respectfully moves to extend the time in which to file its opening brief and appendix by approximately five weeks, to March 27, 2026. This is Appellant's second request for an extension of time. Appellees do not oppose this extension. In support of this request, Appellant states as follows:

1.      The district court granted Appellees' motion for Summary Judgment on September 29, 2025. Appellant timely filed a Notice of Appeal on November 25, 2025. The Court previously granted an extension for Appellant's opening brief to from January 21 to February 18, 2026.

2.      In the intervening period, Appellant's primary attorney of record, Ms. Rachel Kitze Collins, has taken on unexpected additional work due to the departure of another attorney at her law firm, and has summary judgment briefing and

argument scheduled during the same timeline as this brief in a state court case. Appellant's other attorney, Ms. Laura Matson, has been heavily involved with representing community members who have been unlawfully detained during Operation Metro Surge, and has a class certification hearing in *In re Google AI Copyright Litig.*, (N.D. Cal. 5:23-cv-03440).

    3.    In addition, between now and the due date of Appellant's opening brief, Wilderness Watch's counsel, Dana Johnson will be out of town for a court-ordered mediation in *Center for Biological Diversity v. Little* (9th Cir. 25-1447)

    WHEREFORE, for the foregoing reasons, the Court should grant this unopposed motion to extend the time in which to file Appellant's opening brief on appeal by five weeks to Friday, March 27, 2026.

Dated:  January 29, 2026					LOCKRIDGE GRINDAL NAUEN PLLP

s/Rachel A. Kitze Collins
Rachel A. Kitze Collins (MN #0396555)
Laura M. Matson (MN #0396598)
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
(612) 339-6900
rakitzecollins@locklaw.com
lmmatson@locklaw.com

Dana M. Johnson, pro hac vice
WILDERNESS WATCH
P.O. Box 9765
Moscow, ID 83843
(208) 310-7003
danajohnson@wildernesswatch.org

**ATTORNEYS FOR APPELLANT**

# CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) and this document contains 254 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because: this document has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

3. This document complies with 8th Cir R 28A(h) because the document has been scanned for viruses and it is virus-free.


Dated: January 29, 2026              s/Rachel A. Kitze Collins                
                                     Attorney for Appellant

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  January 29, 2026            s/Rachel A. Kitze Collins
                                                             Attorney for Appellant