# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-3367

Wilderness Watch

Appellant

v.

Tom Hall, Forest Supervisor of the Superior National Forest and United States Forest Service, an agency of the U.S. Department of Agriculture

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-00284-NEB)
_____

## ORDER

Appellant's motion for an extension of time to file the brief is granted in part. Appellant may have until March 20, 2026 to file the brief and appendix.

January 30, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler