WILDERNESS WATCH,

       Appellant,

v.

TOM HALL, Forest Supervisor of the
Superior National Forest; and UNITED
STATES FOREST SERVICE, an
agency of the U.S. Department of
Agriculture,

       Appellees.

## <u>APPELLANT'S METHOD OF APPENDIX PREPARATION</u>

PLEASE TAKE NOTICE that pursuant to Fed. R. App. P. 30(a) & (b), Fed. R. App. P. 32(b), and 8th Cir. R. 30A(b)(3), Plaintiff-Appellant Wilderness Watch hereby provides notice and states the intention to designate and submit a separate appendix with its opening brief.

Dated:  March 5, 2026

LOCKRIDGE GRINDAL NAUEN PLLP

<u>s/Rachel A. Kitze Collins</u>
Rachel A. Kitze Collins (MN #0396555)
Laura M. Matson (MN #0396598)
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
(612) 339-6900
rakitzecollins@locklaw.com
lmmatson@locklaw.com

Dana M. Johnson, pro hac vice
WILDERNESS WATCH
P.O. Box 9765
Moscow, ID 83843
(208) 310-7003
danajohnson@wildernesswatch.org

**ATTORNEYS FOR APPELLANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  March 5, 2026                 s/Rachel A. Kitze Collins
                                           Rachel A. Kitze Collins (MN #0396555)